UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA STEVENS, individually and on behalf of all others similarly situated,<br>       Plaintiff,<br>-against-<br><br>WARNER MUSIC GROUP and DOES 1 to 100, inclusive,<br>       Defendants,<br><br>IN RE: WARNER MUSIC GROUP DATA BREACH. | **ORDER**<br><br>21 Civ. 1659 (PGG)<br><br><br>20 Civ. 7473 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    On February 25, 2021, <u>Stevens v. Warner Music Group</u>, (21 Civ. 1659) was transferred to this District from the Central District of California. (21 Civ. 1659, Dkt. No. 20) On March 3, 2021, <u>Stevens</u> was assigned to this Court as a case related to <u>In re Warner Music Group Data Breach</u>, (21 Civ. 7473). As stated in this Court's November 10, 2020 consolidation order, "[a]ny class action involving substantially related questions of law and fact hereafter filed in or transferred to this Court shall be consolidated under the master file number assigned to this case." (Nov. 10, 2020 Order (Dkt. No. 34) at 6).

    Accordingly, the Clerk of Court is directed to consolidate <u>Stevens v. Warner Music Group</u> under the caption <u>In re Warner Music Group Data Breach</u>, and the <u>Stevens</u> files shall be maintained under the Master File No. 20 Civ. 7473 (PGG). The consolidation is for all purposes.

Dated: New York, New York
   March 5, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge