UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WARNER MUSIC GROUP DATA BREACH.

**ORDER**

20 Civ. 7473 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The following schedule will apply to Defendant's motion to dismiss:

1. Defendant's motion is due on July 22, 2021;

2. Plaintiffs' opposition is due on August 12, 2021; and

3. Defendant's reply, if any, is due on August 19, 2021.

Dated: New York, New York
July 1, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge