UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WARNER MUSIC GROUP DATA BREACH | Case No.: 1:20-cv-07473-PGG |

**NOTICE OF DEFENDANT WARNER MUSIC GROUP CORP.'S MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of this motion, Defendant Warner Music Group Corp., by and through its undersigned counsel, will move this Court before the Honorable Paul G. Gardephe, at a place and time to be determined by the Court, for an order dismissing the First Amended Consolidated Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction based on Plaintiffs' failure to allege Article III standing, and Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

Dated: October 1, 2021

Respectfully submitted,

 /s/ Jessica Kaufman
Jessica Kaufman
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Email:  jkaufman@mofo.com
Telephone:  212.468.8000
Facsimile:  212.468.7900

sf-4585747

Tiffany Cheung (*Pro hac vice*)
Michael Burshteyn (*Pro hac vice*)
Meredith Angueira (*Pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Email: tcheung@mofo.com
Email:  mburshteyn@mofo.com
Email:  mangueira@mofo.com
Telephone:  415.268.7000
Facsimile:  415.268.7522

*Attorneys for Defendant*
*WARNER MUSIC GROUP CORP.*

sf-4585747

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of October, 2021, I served the (1) Notice of Defendant Warner Music Group Corp.'s Motion to Dismiss the First Amended Consolidated Class Action Complaint; (2) Memorandum of Law in Support of Defendant Warner Music Group Corp.'s Motion to Dismiss the First Amended Consolidated Class Action Complaint; and (3) [Proposed] Order Granting Warner Music Group Corp.'s Motion to Dismiss the First Amended Consolidated Class Action Complaint via email to counsel of record.

                                */s/ Jessica Kaufman*
                                Jessica Kaufman
                                Morrison & Foerster LLP
                                250 West 55th Street
                                New York, NY, 10019
                                Telephone:  212.468.8000
                                Facsimile:  212.468.7900
                                Email:  JKaufman@mofo.com

                                Attorneys for Defendant
                                WARNER MUSIC GROUP CORP.

sf-4585747