# MORRISON FOERSTER

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI, NEW
YORK, PALO ALTO, SAN DIEGO, SAN
FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

September 16, 2025

Writer's Direct Contact
+1 (212) 336-4257
jkaufman@mofo.com

**Via ECF**

Hon. Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *In re:  Warner Music Group Data Breach* (Case No. 1:20-cv-07473-PGG)

Dear Judge Gardephe:

We are counsel to Warner Music Group Corp. in the above-referenced action.  We write on behalf of both parties to request that the case management conference currently scheduled for October 2, 2025 be adjourned to October 9, 2025 or another date that is convenient to the Court.  Lead attorneys for both parties are unable to attend a hearing on October 2 due to religious observance.  This request does not affect any other scheduled dates.  As this is a joint request, both parties consent to the requested adjournment.

Respectfully submitted,

*/s/ Jessica Kaufman*
Jessica Kaufman

Cc:    All counsel of record (via ECF)

**MEMO ENDORSED:**

The application is granted.  The case management conference currently scheduled for October 2, 2025 is adjourned to **October 16, 2025, at 2:00 p.m.**

SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

Dated:  September 17, 2025

MOFO-361070030