UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WARNER MUSIC GROUP DATA BREACH | **ORDER**<br><br>20 Civ. 7473 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, over the next thirty days the parties will engage in informal discussions with a view towards determining whether a negotiated resolution of this case might be possible. The parties are directed to submit a joint letter by **November 17, 2025** informing the Court of the status of their discussions and whether a settlement conference before the assigned Magistrate Judge or a private mediator might be productive.

Dated: New York, New York
       October 16, 2025

                                              SO ORDERED.

                                              _____
                                              Paul G. Gardephe
                                              United States District Judge